IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA J. VOIGHT, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:04-0241 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17), to which Defendant has responded (Doc. No. 22). The Court is in receipt of the Magistrate Judge's Report and Recommendation (Doc. No. 23). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Judgment on the Administrative Record and DENIES Defendant's Motion for Judgment on the Administrative Record. Pursuant to sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES and REMANDS the cause to the Commissioner for further action with instructions to assign the matter to a different Administrative Law Judge, who shall consider the matter de novo after allowing the medical record to be supplemented and conducting a new hearing. This Order terminates this Court's jurisdiction over the above-styled

action, and the case is dismissed.

It is so ORDERED.

Entered this the \_\_\_\_11th\_\_\_\_ day of August, 2005.

*/s/ John T. Nixon*
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT